MICHAEL ROSA, Appellant, *v.* BERTHA VOLKENING et al., Respondents.

*Rosa* v. *Volkening*, 64 App. Div. 426, affirmed.
(Argued December 9, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 23, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*Franklin Pierce* for appellant.

*A. T. Payne* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT and CULLEN, JJ. Not voting: BARTLETT and VANN, JJ.